IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IMAN ANDERSON and SELETA**                                              **PLAINTIFFS**
**STANTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                              No. 1:22-cv-652-RAH-KFP

**IMANI LOUNGE, LLC, and**                                              **DEFENDANTS**
**MICHAEL CONWAY**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as a Dancer for Imani Lounge, LLC, d/b/a Imani Lounge, and Michael Conway on or after November 8, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**TATQUITA McNEALY**
May 2, 2023

Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
colby@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

**IMPORTANT: RETURN FOR FILING BEFORE JULY 27, 2023**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IMAN ANDERSON and SELETA**            **PLAINTIFFS**
**STANTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.        No. 1:22-cv-652-RAH-KFP

**IMANI LOUNGE, LLC, and**            **DEFENDANTS**
**MICHAEL CONWAY**

### CERTIFICATE OF SERVICE FOR ATTACHED CONSENT(S) TO JOIN

I, Colby Qualls, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the Consent(s) to Join to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Wallace F. Mills., Esq.
WALLACE D. MILLS P.C.
621 South Hull Street
Montgomery, Alabama 36104
Telephone: (334) 219-9111
mills@wallaceemills.com

                                                     */s/ Colby Qualls*
                                                     **Colby Qualls**