### UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                    TELEPHONE (334) 954-3600

May 4, 2023

## NOTICE OF DEFICIENCY
## REGARDING CORPORATE/
## CONFLICT STATEMENT

**To:**          Tatquita McNealy

**From:**     **Clerk's Office**

**Case Style:** Anderson et al v. Imani Lounge, LLC et al

**Case Number:**  1:22-cv-00652-RAH-KFP

   Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

   <span style="color:red">No corporate/conflict disclosure statement has been filed by you in this action.</span>

This deficiency must be corrected within ten (10) days from this date.   Please refer to attachment.