IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN _____ DIVISION

Iman Anderson and Seleta Stanton, Each Individually
and on Behalf of All Others Similarly Situated
_____, )
)
    Plaintiff, )
)
    v. )   CASE NO. 1:22-cv-652-RAH-KFF
Imani Lounge, LLC, and Michael Conway )   _____
)
_____, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Taquita McNealy_____, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

5/3/2023
_____
    Date

/s/ Colby Qualls
_____
(Signature)

Colby Qualls
_____
(Counsel's Name)

Iman Anderson and Seleta Stanton, et al.
_____
Counsel for (print names of all parties)
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Address, City, State Zip Code
(501) 221-0088
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

## <u>CERTIFICATE OF SERVICE</u>

I, <u>Colby Qualls</u>, do hereby Certify that a true and correct copy
of the foregoing has been furnished by <u>CM/ECF</u> (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this <u>3rd</u> day of <u>May</u> 20<u>23</u>, to:

Wallace D. Mills, Esq.

Wallace D. Mills, P.C.

621 South Hull Street

Montgomery, Alabama 36104

Telephone: (334) 219-9111

mills@wallacemills.com

<u>5/3/2023</u>
　　　Date

<u>/s/ Colby Qualls</u>
　　　Signature