IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IMAN ANDERSON and SELETA**                                            **PLAINTIFFS**
**STANTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                    No. 1:22-cv-652-RAH-KFP

**IMANI LOUNGE, LLC, and**                                              **DEFENDANTS**
**MICHAEL CONWAY**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Iman Anderson and Seleta Stanton, individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
wage@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, Colby Qualls, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing was electronically filed via the CM/ECF system, which will provide notice to the following attorney of record:

Wallace D. Mills, Esq.
WALLACE D MILLS, P.C.
621 South Hull Street
Montgomery, AL 36104
Telephone: (334) 219-9111
mills@wallacemills.com

*/s/ Colby Qualls*
**Colby Qualls**