IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IMAN ANDERSON and SELETA                                    PLAINTIFFS
STANTON, Each Individually and on
Behalf of All Others Similarly Situated

vs.                          No. 1:22-cv-652-RAH-KFP

IMANI LOUNGE, LLC, and                                      DEFENDANTS
MICHAEL CONWAY

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Dancer for Imani Lounge, LLC, d/b/a Imani Lounge, and Michael Conway on or after November 8, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jada Donnell*
SIGNATURE

Jada Donnell
PRINTED NAME

Date: 07.12.2023



Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
colby@sanfordlawfirm.com
LEAD COUNSEL FOR PLAINTIFFS

**IMPORTANT: RETURN FOR FILING BEFORE JULY 27, 2023**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IMAN ANDERSON and SELETA**             **PLAINTIFFS**
**STANTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.             No. 1:22-cv-652-RAH-KFP

**IMANI LOUNGE, LLC, and**             **DEFENDANTS**
**MICHAEL CONWAY**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Dancer for Imani Lounge, LLC, d/b/a Imani Lounge, and Michael Conway on or after November 8, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**NAKEITA PROVITT**
July 25, 2023

**Colby Qualls, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Facsimile: (888) 787-2040**
colby@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

**IMPORTANT: RETURN FOR FILING BEFORE JULY 27, 2023**

Respectfully submitted,

**IMAN ANDERSON and SELETA STANTON, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
wage@foresterhaynie.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **IMAN ANDERSON and SELETA STANTON, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs. | No. 1:22-cv-652-RAH-KFP |
| **IMANI LOUNGE, LLC, and MICHAEL CONWAY** | **DEFENDANTS** |

### CERTIFICATE OF SERVICE FOR ATTACHED CONSENT(S) TO JOIN

I, Colby Qualls, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the Consent(s) to Join to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Wallace F. Mills., Esq.
WALLACE D. MILLS P.C.
621 South Hull Street
Montgomery, Alabama 36104
Telephone: (334) 219-9111
mills@wallaceemills.com

                                                                 */s/ Colby Qualls*
                                                                 **Colby Qualls**