IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

Iman Anderson and Seleta Stanton, Each Individually and on Behalf of All Others Similarly Situated

_____,

Plaintiff,

v.

Imani Lounge, LLC, and Michael Conway

_____,

Defendants,

CASE NO. 1:22-cv-652-RAH-KFP

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Jada Donnelll_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/27/2023
Date

/s/ Colby Qualls
(Signature)

Colby Qualls
(Counsel's Name)

Iman Anderson and Seleta Stanton, et al.
Counsel for (print names of all parties)

400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Address, City, State Zip Code

(214) 210-2100
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Colby Qualls, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 27th day of July 2023, to:

Wallace D. Mills, Esq.

Wallace D. Mills, P.C.

621 South Hull Street

Montgomery, Alabama 36104

Telephone: (334) 219-9111

mills@wallacemills.com


7/27/2023                               /s/ Colby Qualls
    Date                                    Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

Iman Anderson and Seleta Stanton, Each Individually and on Behalf of All Others Similarly Situated
_____,        )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   CASE NO. 1:22-cv-652-RAH-KFP
Imani Lounge, LLC, and Michael Conway   )
_____,        )
                                        )
    Defendants,                         )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Nakeita Provitt__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/27/2023
Date

/s/ Colby Qualls
(Signature)

Colby Qualls
(Counsel's Name)

Iman Anderson and Seleta Stanton, et al.
Counsel for (print names of all parties)
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Address, City, State Zip Code
(214) 210-2100
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Colby Qualls, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 27th day of July 2023, to:

Wallace D. Mills, Esq.

Wallace D. Mills, P.C.

621 South Hull Street

Montgomery, Alabama 36104

Telephone: (334) 219-9111

mills@wallacemills.com

7/27/2023
Date

/s/ Colby Qualls
Signature