IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**IMAN ANDERSON and SELETA**                          **PLAINTIFFS**
**STANTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                  No. 1:22-cv-652-RAH-KFP

**IMANI LOUNGE, LLC, and**                             **DEFENDANTS**
**MICHAEL CONWAY**

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs Iman Anderson and Seleta Stanton, individually and on behalf of all others similarly situated, by and through their attorneys Colby Qualls of Forester Haynie, PLLC, and David Alan Hughes of Hardin & Hughes LLP, and Defendants Imani Lounge, LLC and Michael Conway, by and through Wallace Mills of Wallace D. Mills, P.C., for their Joint Motion to Modify Scheduling Order, state as follows:

1. This is a collective action brought pursuant to the Fair Labor Standards Act. On February 28, 2023, the Court entered its Uniform Scheduling Order (the "Scheduling Order"). ECF No. 30. Among other items, the Scheduling Order contains the following important deadlines for this case:

- Discovery deadline: August 22, 2023;

- Face-to-face settlement conference: August 22, 2023;

- Dispositive motions deadline: September 21, 2023;

- Pretrial conference: January 19, 2024; and

- Trial term of court: March 4, 2024.

2. Subsequently, on April 6, 2023, the Court entered an order (ECF No. 43) granting Plaintiffs' Motion for Conditional Certification (ECF No. 29). The Court conditionally certified a collective action, ordered Defendants to provide various information about putative members of the collective within 8 days, and allowed 90 days to distribute notice and for Plaintiffs to file opt-in consent forms with the Court. ECF No. 43.

3. Defendants provided the list of putative members of the collective on April 14, 2023. Pursuant to the Court's April 6, 2023 Order (ECF No. 43), Plaintiffs had 14 days to mail out and email their Notices. In light of the 90-day notice window, putative members of the collective had until July 27, 2023, to file consents to join this action. *See, e.g.*, ECF No. 44 (identifying deadline to file as July 27, 2023). Six individuals, which includes the two named Plaintiffs, have filed consents to join this case. *See* ECF Nos. 1-1, 1-2, 12, 44, & 48.

4. Under the current Scheduling Order, the deadline to conduct discovery expires less than a month after the opt-in deadline. Furthermore, the deadline to participate in a face-to-face settlement conference also expires less than a month

after the opt-in deadline.

5. Accordingly, the Parties respectfully request that the Court modify the Scheduling Order to take into account the impact conditional certification had on the current pending deadlines. Considering the number of individuals that have currently joined this action, the Parties believe that an additional three months for discovery will be necessary. The other deadlines typically turn on the discovery cutoff, and the Parties respectfully request that all other deadlines, including, among other things, the face-to-face settlement conference, dispositive motions deadline, pretrial conference, and trial term, be modified accordingly.

6. This motion is not made for any improper purpose, such as to harass or unduly delay this matter. Instead, the Parties need the additional time to conduct discovery as to the opt-ins that have joined this action. Furthermore, the Parties would appreciate the additional time to work on trying to resolve this case amongst themselves.

7. Therefore, the Parties respectfully request that the Court modify the Scheduling Order to allow for at least an additional three months to conduct discovery, and modify the other remaining deadlines, including the trial date, accordingly.

WHEREFORE, Plaintiffs Iman Anderson and Seleta Stanton, individually and on behalf of all others similarly situated, and Defendants Imani Lounge, LLC,

and Michael Conway, respectfully request that the Court grant this Joint Motion to Modify Scheduling Order, enter a new Scheduling Order allowing the Parties additional time to conduct discovery and modify the other deadlines, including the trial date, accordingly, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

**PLAINTIFFS IMAN ANDERSON and SELETA STANTON, Each Individually and on Behalf of All Others Similarly Situated**

HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
Facsimile: (205) 756-4463

David Hughes
Ala. Bar No. 3923-U82D
dhughes@hardinhughes.com

**LOCAL COUNSEL FOR PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

**LEAD COUNSEL FOR PLAINTIFFS**

and	IMANI LOUNGE, LLC, and MICHAEL CONWAY, DEFENDANTS

WALLACE D MILLS, P.C.
621 South Hull Street
Montgomery, AL 36104
Telephone: (334) 219-9111
mills@wallacemills.com

*/s/ Wallace D. Mills*_____
Wallace D. Mills
ASB 8747-I72W
mills@wallacemills.com

## CERTIFICATE OF SERVICE

I, Colby Qualls, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was electronically filed via the CM/ECF system, which will provide notice to the following attorney of record:

Wallace D. Mills, Esq.
WALLACE D MILLS, P.C.
621 South Hull Street
Montgomery, AL 36104
Telephone: (334) 219-9111
mills@wallacemills.com

*/s/ Colby Qualls*_____
**Colby Qualls**