IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IMAN ANDERSON, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:22-cv-652-RAH ) |
| IMANI LOUNGE, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Before the Court is Plaintiffs' *Motion for Entry of Consent Judgment*. (Doc. 81.) For good cause, the Motion is due to be **GRANTED**, and therefore the Court **FINDS** and **ORDERS** as follows:

1. Plaintiffs initiated this action on November 8, 2022, against Defendant Imani Lounge, LLC, and Michael Conway, alleging that Defendants violated the Fair Labor Standards Act (FLSA) by failing to pay Plaintiffs their legal wages.

2. The parties previously entered into a binding settlement agreement that obligated Defendant Imani Lounge LLC to pay the overall sum of $60,000 to the Plaintiffs, structured over a two-year period. Under that agreement, if Defendant Imani Lounge LLC failed to pay as agreed, the Plaintiffs were entitled to, and Imani Lounge LLC agreed to, a consent judgment for the entire unpaid settlement amount.

3. Defendant Imani Lounge LLC has failed to pay as agreed, and therefore under the settlement agreement, the Plaintiffs are entitled to a consent judgment for the outstanding balance of $60,000 against Defendant Imani Lounge LLC.

4. Accordingly, it is **ORDERED** that:

a. Judgment is hereby entered in favor of Plaintiffs Iman Anderson, Seleta Stanton, Jada Donnell, Tatquitia McNealy, Lakeisha Bristol, and Nakeita Provitt, and against Defendant Imani Lounge LLC in the total amount of **$60,000.00**, for which execution may issue.

b. Defendant Michael Conway is **DISMISSED WITHOUT PREJUDICE**.

c. Costs are taxed against Defendant Imani Lounge LLC.

**DONE** on this the 26th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE